# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

2000

| | | |
|---|---|---|
| CLIFFORD WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 97-C-1002-S |
| | ) | |
| WARDEN JAMES DeLOACH, et al, | ) | |
| | ) | |
| Respondent(s). | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.

In his objections, the petitioner complains that the magistrate judge entered a report and recommendation without first granting his request to be served with the state court records of the conviction. However, the petitioner is not entitled to be provided with copies of state court records of which he is already presumed to have been provided with copies by the state.

Additionally, the petitioner argues for the first time that his appellate attorney's failure to move to supplement the record on direct appeal to include a copy of the search warrant and affidavit serves as cause to excuse the procedural default of claims 1, 5, and 6(a),(b), and (c). Although ineffective assistance of counsel may constitute cause to excuse a procedural default, the claims of ineffective assistance of counsel must not have been defaulted in state court, *Hill v. Jones*, 81 F.3d 1015, 1030 (11th Cir. 1996), and the attorney error must rise to the level of a constitutional violation in order to provide the necessary cause. *McCleskey v. Zant*, 499 U.S. 467, 494 (1991).

25

Because this particular claim of ineffective assistance of counsel has been found to be without merit, it cannot be used as cause to excuse his procedural default.

The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.  An appropriate order will be entered.

DONE, this _____ day of September, 2000.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE